**Order entered August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00640-CV

### IN THE INTEREST OF A.K.A., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-11022**

## ORDER

We **GRANT** appellant's July 30, 2014 motion for extension of time to file brief and

**ORDER** the letter brief received July 30, 2014 filed as of the date of this order.

/s/    DOUGLAS S. LANG
        PRESIDING JUSTICE